UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/05

MICHAEL SCHILLER, et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

Case No. 04-CV-7922 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    It is hereby ORDERED that the above-captioned case is consolidated for discovery purposes with all cases listed in Attachment A to this Order and any other case that is pending or will be filed before the undersigned and which is designated as related to the protest and arrest activity at the 2004 Republican National Convention in New York City. The above-captioned case will be the master file.

    It is further ORDERED that these consolidated cases are referred to Magistrate Judge James C. Francis for discovery purposes.

SO ORDERED.

Dated:    September 20, 2005
                New York, New York

                                        KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE

ATTACHMENT A

| CASE NAME | CASE NUMBER |
|---|---|
| *Schiller et al v. City of New York et al* | 04 Civ. 7922 |
| *MacNamara et al v. City of New York et al* | 04 Civ. 9216 (Class Action) |
| *Dudek v. City of New York et al* | 04 Civ. 10178 |
| *Biddle et al v. The City of New York et al* | 05 Civ. 1570 |
| *Bunim et al v. The City of New York et al* | 05 Civ. 1562 |
| *Kalra et al v. The City of New York et al* | 05 Civ. 1563 |
| *Ryan et al v. The City of New York et al* | 05 Civ. 1564 |
| *Garbini et al v. The City of New York et al* | 05 Civ. 1565 |
| *Greenwald et al v. The City of New York et al* | 05 Civ. 1566 |
| *Pickett et al v. The City of New York et al* | 05 Civ. 1567 |
| *Tremayne et al v. The City of New York et al* | 05 Civ. 1568 |
| *Williams et al v. The City of New York, et al* | 05 Civ. 1569 |
| *Moran et al v. The City of New York et al* | 05 Civ. 1571 |
| *Botbol et al v. The City of New York et al* | 05 Civ. 1572 |
| *Burns v. The City of New York et al* | 05 Civ. 1573 |
| *Kerns v. The City of New York et al* | 05 Civ. 1574 |
| *Winkelman v. City of New York et al* | 05 Civ. 2910 |
| *Rose v. City of New York et al* | 05 Civ. 2927 |
| *Black v. The City of New York et al* | 05 Civ. 3616 |
| *Bell v. The City of New York et al* | 05 Civ. 3705 |
| *Marcavage v. The City of New York et al* | 05 Civ. 4949 |

| CASE NAME | CASE NUMBER |
| --- | --- |
| *Grosso et al v. The City of New York et al* | 05 Civ. 5080 |
| *Wroblewski v. The City of New York et al* | 05 Civ. 5150 |
| *Starin v. The City of New York et al* | 05 Civ. 5152 |
| *Meehan et al v. Stanich et al* | 05 Civ. 5268 |
| *Lee v. The City of New York et al* | 05 Civ. 5528 |
| *Haber v. The City of New York et al* | 05 Civ. 6193 |
| *Cohen v. The City of New York et al* | 05 Civ. 6780 |
| *Anderson v. City of New York* | 05 Civ. 6918 |
| *Kornicke v. The City of New York* | 05 Civ. 7025 |
| *Hershey Civ. Wilson v. The City of New York et al* | 05 Civ. 7026 |
| *Terian v. The City of New York et al* | 05 Civ. 7536 |
| *Pagoda v. John Doe et al* | 05 Civ. 7546 |
| *Vallejo v. Dunn et al* | 05 Civ. 7547 |
| *Smith v. Gonzalez et al* | 05 Civ. 7548 |
| *The City of New York et al v Crotty et al* | 05 Civ. 7577 |
| *Stark et al v. The City of New York et al* | 05 Civ. 7579 |
| *LaLier et al v. The City of New York et al* | 05 Civ. 7580 |
| *Coburn v. City of New York et al* | 05 Civ. 7623 |
| *Phillips et al v. The City of New York et al* | 05 Civ. 7624 |
| *Oehl v. The City of New York et al* | 05 Civ. 7625 |
| *Jarick v. The City of New York et al* | 05 Civ. 7626 |
| *Bastidas et al v. The City of New York et al* | 05 Civ. 7670 |

| CASE NAME | CASE NUMBER |
|---|---|
| *Sikelianos v. The City of New York et al* | 05 Civ. 7673 |