UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| RITU KALRA, et al. | 05 CV 1563 (RJS)(JCF) |
| LINDSAY RYAN, et al. | 05 CV 1564 (RJS)(JCF) |
| ADRIENNE GARBINI, et al. | 05 CV 1565 (RJS)(JCF) |
| ADAM GREENWALD, et al. | 05 CV 1566 (RJS)(JCF) |
| BRIAN PICKETT, et al. | 05 CV 1567 (RJS)(JCF) |
| SACHA BOTBOL, et al. | 05 CV 1572 (RJS)(JCF) |
| EMILIA CROTTY, et al. | 05 CV 7577 (RJS)(JCF) |

Plaintiffs,

-versus-

THE CITY OF NEW YORK, et al.

Defendants.

------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Declaration of James Mirro, and exhibits attached, the undersigned will move the Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5) and 4(m) dismissing the complaints in the foregoing actions against ten individually named defendants in these actions for lack of jurisdiction over the defendants, for insufficiency of service of process and for failure to serve these defendants timely.

Dated: New York, New York
      January 25, 2008

- 2 -

                MICHAEL A. CARDOZO
                Corporation Counsel of the City of New York
                *Attorney For Defendants*

By: _____
      James Mirro (JM 2265)
      Special Assistant Corporation Counsel
      Special Federal Litigation
      100 Church Street, Room 3-130
      New York, New York 10007
      212.788.8026 (ph)
      212.788.9776 (fax)

cc:    Rose M. Weber