UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RNC CONSOLIDATED CASES (RJS) (JCF)

------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, and Local Rule 6.3, and upon the accompanying Memorandum of Law dated March 12, 2009, and upon all prior proceedings and submissions to date, defendants will move the Court before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order reconsidering the Court's order of February 26, 2009 and, upon reconsideration, modifying the order of Magistrate Judge James C. Francis IV, dated January 23, 2008, that permitted plaintiffs in approximately 27 of the RNC cases to assert claims against Commissioner David Cohen of the New York Police Department and for such other relief as the Court deems appropriate. Pursuant to Local Civil Rule 6.1(a), answering papers, if any, must be served within four (4) business days after service of the moving papers. Defendants request oral argument on this motion.

Dated: New York, New York
March 12, 2009

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants*
                              100 Church Street, Room 3-130
                              New York, New York 10007
                              Tel: (212) 788-8026
                              Fax: (212) 788-9776

By: _____
      James Mirro
      Special Assistant Corporation Counsel

cc:    RNC Plaintiffs' Counsel (by email)

2/26/09 Order - Appendix of Docketed Cases

1. MacNamara, *et al.* v. City of New York, *et al.*, 04 CV 9216 (RJS)(JCF).
2. Rechtschaffer v. City of New York, *et al.*, 05 CV 9930 (RJS)(JCF).
3. Portera v. City of New York, *et al.*, 05 CV 9985 (RJS)(JCF).
4. Bunim, *et al.* v. City of New York, *et al.*, 05 CV 1562 (RJS)(JCF).
5. Kalra, *et al.* v. City of New York, *et al.*, 05 CV 1563 (RJS)(JCF).
6. Ryan, *et al.* v. City of New York, *et al.*, 05 CV 1564 (RJS)(JCF).
7. Garbini, *et al.* v. City of New York, *et al.*, 05 CV 1565 (RJS)(JCF).
8. Greenwald, *et al.* v. City of New York, *et al.*, 05 CV 1566 (RJS)(JCF).
9. Pickett, *et al.* v. City of New York, *et al.*, 05 CV 1567 (RJS)(JCF).
10. Tremayne, *et al.* v. City of New York, *et al.*, 05 CV 1568 (RJS)(JCF).
11. Biddle, *et al.* v. City of New York, *et al.*, 05 CV 1570 (RJS)(JCF).
12. Moran, *et al.* v. City of New York, *et al.*, 05 CV 1571 (RJS)(JCF).
13. Botbol, *et al.* v. City of New York, *et al.*, 05 CV 1572 (RJS)(JCF).
14. Crotty, *et al.* v. City of New York, *et al.*, 05 CV 7577 (RJS)(JCF).
15. Stark, *et al.* v. City of New York, *et al.*, 05 CV 7579 (RJS)(JCF).
16. Lalier, *et al.* v. City of New York, *et al.*, 05 CV 7580 (RJS)(JCF).
17. Grosso v. City of New York, *et al.*, 05 CV 5080 (RJS)(JCF).
18. Dudek v. City of New York, *et al.*, 04 CV 10178 (RJS)(JCF).
19. Bell v. City of New York, *et al.*, 05 CV 3705 (RJS)(JCF).
20. Starin v. City of New York, *et al.*, 05 CV 5152 (RJS)(JCF).
21. Lee v. City of New York, *et al.*, 05 CV 5528 (RJS)(JCF).
22. Cohen v. City of New York, *et al.*, 05 CV 6780 (RJS)(JCF).

23. Phillips, *et al.* v. City of New York, *et al.*, 05 CV 7624 (RJS)(JCF).

24. Coburn, *et al.* v. City of New York, *et al.*, 05 CV 7623 (RJS)(JCF).

25. Drescher v. City of New York, *et al.*, 05 CV 7541 (RJS)(JCF).

26. Bastidas, *et al.* v. City of New York, *et al.*, 05 CV 7670 (RJS)(JCF).

27. Xu, *et al.* v. City of New York, *et al.*, 05 CV 7672 (RJS)(JCF).

28. Sloan, *et al.* v. City of New York, *et al.*, 05 CV 7668 (RJS)(JCF).

29. Galitzer v. City of New York, *et al.*, 05 CV 7669 (RJS)(JCF).

30. Sikelianos v. City of New York, *et al.*, 05 CV 7673 (RJS)(JCF).

31. Abdell, *et al.* v. City of New York, *et al.*, 05 CV 8453 (RJS)(JCF).

32. Adams, *et al.* v. City of New York, *et al.*, 05 CV 9484 (RJS)(JCF).

33. Araneda, *et al.* v. City of New York, *et al.*, 05 CV 9738 (RJS)(JCF).

34. Eastwood, *et al.* v. City of New York, *et al.*, 05 CV 9483 (RJS)(JCF).

35. Tikkun v. City of New York, *et al.*, 05 CV 9901 (RJS)(JCF).

36. Schiller, *et al.* v. City of New York, *et al.*, 04 CV 7922 (RJS)(JCF)

37. Dinler, *et al.* v. City of New York, *et al.*, 04 CV 7921 (RJS)(JCF)