```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACNAMARA, *et al.*, | 04 Civ. 9216 (RJS) (JCF) |
| BUNIM, *et al.* | 05 Civ. 1562 (RJS)(JCF) |
| KALRA, *et al.* | 05 Civ. 1563 (RJS)(JCF) |
| RYAN, *et al.* | 05 Civ. 1564 (RJS)(JCF) |
| GARBINI, *et al.* | 05 Civ. 1565 (RJS)(JCF) |
| GREENWALD, *et al.* | 05 Civ. 1566 (RJS)(JCF) |
| PICKETT, *et al.* | 05 Civ. 1567 (RJS)(JCF) |
| TREMAYNE, *et al.* | 05 Civ. 1568 (RJS)(JCF) |
| BIDDLE, *et al.* | 05 Civ. 1570 (RJS)(JCF) |
| MORAN, *et al.* | 05 Civ. 1571 (RJS)(JCF) |
| BOTBOL, *et al.* | 05 Civ. 1572 (RJS)(JCF) |
| CROTTY, *et al.* | 05 Civ. 7577 (RJS)(JCF) |
| STARK, *et al.* | 05 Civ. 7579 (RJS)(JCF) |
| LALIER, *et al.* | 05 Civ. 7580 (RJS)(JCF) |
| GROSSO, *et al.* | 05 Civ. 5080 (RJS)(JCF) |
| PHILLIPS, *et al.* | 05 Civ. 7624 (RJS)(JCF) |
| COBURN, *et al.* | 05 Civ. 7623 (RJS)(JCF) |
| DRESCHER, *et al.* | 05 Civ. 7541 (RJS)(JCF) |
| BASTIDAS, *et al.* | 05 Civ. 7670 (RJS)(JCF) |
| XU, *et al.* | 05 Civ. 7672 (RJS)(JCF) |
| SLOAN, *et al.* | 05 Civ. 7688 (RJS)(JCF) |
| GALITZER, *et al.* | 05 Civ. 7669 (RJS)(JCF) |
| SIKELIANOS, *et al.* | 05 Civ. 7673 (RJS)(JCF) |
| ABDELL, *et al.* | 05 Civ. 8453 (RJS)(JCF) |
| ADAMS, *et al.* | 05 Civ. 9484 (RJS)(JCF) |
| ARANEDA, *et al.* | 05 Civ. 9738 (RJS)(JCF) |
| EASTWOOD, *et al.*, | 05 Civ. 9483 (RJS)(JCF) |

     Plaintiffs,          ORDER

-v-

THE CITY OF NEW YORK, *et al.*,

     Defendants.

RICHARD J. SULLIVAN, District Judge:

  For the reasons stated on the record during the conference that was held on May 6, 2009, Defendants' motion for reconsideration of the Court's February 26, 2009 order is denied. The Clerk of Court is hereby directed to terminate the following motions: *Dinler*, No. 04 Civ. 7921,

Doc. No.207; *Schiller*, No.04 Civ. 7922, Doc. No.487; *MacNamara*, No. 04 Civ. 9216, Doc. No. 372; *Dudek*, No.04 Civ. 10178, Doc. No. 92; *Bunim*, No.05 Civ. 1562, Doc. No. 115; *Kalra*, No.05 Civ. 1563, Doc. No.157; *Ryan*, No. 05 Civ. 1564, Doc. No.152; *Garbini*, No.05 Civ. 1565, Doc. No.122; *Greenwald*, No.05 Civ. 1566, Doc. No.138; *Pickett*, No. 05 Civ. 1567, Doc. No. 126; *Tremayne*, No.05 Civ. 1568, Doc. No.114; *Biddle*, No.05 Civ. 1570, Doc. No.147; *Moran*, No. 05 Civ. 1571, Doc. No. 142; *Botbol*, No.05 Civ. 1572, Doc. No.130; *Bell*, No. 05 Civ. 3705, Doc. No. 76; *Marcavage*, No. 05 Civ. 4949, Doc. No. 72; *Grosso*, No. 05 Civ. 5080, Doc. No. 156; *Starin*, No.05 Civ. 5152, Doc. No.73; *Lee*, No. 05 Civ. 5528, Doc. No. 83; *Cohen*, No.05 Civ. 6780, Doc. No. 152; *Drescher*, No. 05 Civ. 7541, Doc. No. 68; *Crotty*, No. 05 Civ. 7577, Doc. No. 151; *Stark*, No.05 Civ. 7579, Doc. No. 115; *LaLier*, No. 05 Civ. 7580, Doc. No. 97; *Coburn*, No. 05 Civ. 7623, Doc. No. 150; *Phillips*, No. 05 Civ. 7624, Doc. No. 139; *Sloan*, No. 05 Civ. 7668. Doc. No. 102; *Galitzer*, No. 05 Civ. 7669, Doc. No. 96; *Bastidas*, No. 05 Civ. 7670, Doc. No.136; *Xu*, No. 05 Civ. 7672, 103; *Sikelianos*, No. 05 Civ. 7673, Doc. No. 137; *Abdell*, No. 05 Civ. 8453, Doc. No. 207; *Eastwood*, No.05 Civ. 9483, Doc. No. 78; *Adams*, No. 05 Civ. 9484, Doc. No. 130; *Araneda*, No. 05 Civ. 9738, Doc. No. 69; *Tikkun*, No. 05 Civ. 9901, Doc. No. 91; *Rechtschaffer*, No. 05 Civ. 9930, Doc. No. 81; *Portera*, No. 05 Civ. 9985, Doc. No. 68.

SO ORDERED.

Dated:    New York, New York
          May 8, 2009

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE