USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 2 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SACHA BOTBOL, ALEXANDER BOMSTEIN, VALARIE KAUR BRAR, JENNIFER HASA, CHARLES SHAW, AUBRYN SIDLE, and EMMA LANG,

                                    Plaintiffs,

    -against-

THE CITY OF NEW YORK, THE HUDSON RIVER PARK TRUST, P.O. JOSE ANDRADE, P.O. WILLIAM HAUT, P.O. NEIL RODRIGUEZ, P.O. MICHAEL CARRIERI, P.O. TANISHA DIAZ, P.O. JASON WOLF, P.O. KATHLEEN CURNYN, SGT. ARTHUR SMARSCH, MAYOR MICHAEL BLOOMBERG, POLICE COMMISSIONER RAYMOND KELLY, CHIEF JOSEPH ESPOSITO, CHIEF NICHOLAS ESTAVILLO, ASST. CHIEF BRUCE SMOLKA, DEPUTY CHIEF THOMAS THOMAS PURTELL, DEPUTY CHIEF THOMAS PURTELL, DEPUTY COMMISSIONER JOHN COLGAN, CHIEF PATRICK DEVLIN, INSP. THOMAS GRAHAM, DEPUTY CHIEF TERENCE MONAHAN, INSP. JAMES SHEA, DEPUTY INSP. THOMAS GALATI, CHIEF JAMES O'NEILL, INSP. JAMES ESSIG, LT. BRIAN JACKSON, DEPUTY COMMISSIONER STEPHEN HAMMERMAN, DEPUTY COMMISSIONER DAVID COHEN, ASST. DEPUTY COMMISSIONER THOMAS DOEPFNER, LT. DANIEL ALBANO, DEPUTY INSPECTOR KERRY SWEET, SENIOR COUNSEL RUBY MARIN-JORDAN, SGT. EDMUND SHERIDAN, SGT. STEPHANIE MOUNT, LT. "JOHN" IACAMPO, LT. "JOHN" DOWNING, CAPTAIN PAUL DEENTREMONT, and P.O.s JOHN and JANE DOE #1-50, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                    Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEAL**

~~05CV7024~~ (RJS) (JCF)

05 CV 1572

**PLEASE TAKE NOTICE** that defendants hereby appeal to the United States Court of Appeals for the Second Circuit, from the memorandum and order of the United States Magistrate Judge James C. Francis, dated January 23, 2008, and orders dated February 26, 2009 and May 8, 2009 of the United States District Judge Richard J. Sullivan, and entered in the docket on or about these same dates. These appeals are taken from each and every part of said memorandum and orders as well as from the whole thereof.

Dated:     New York, New York
            June 2, 2009

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel
                                      Attorney for Defendants
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 788-1010

By:        _____
             LEONARD KOERNER
             Chief, Appeals Division

TO:    ROSE M. WEBER, ESQ.
         Attorney for Plaintiffs
         225 Broadway, Suite 1607
         New York, NY 10007
         (212) 748-3355

         CLERK
         Southern District