UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

| | |
|---|---|
| SHARONE BUNIM, et al., | 05 Civ. 1562 (RJS) (JCF) |
| RITU KALRA, et al., | 05 Civ. 1563 (RJS) (JCF) |
| LINDSAY RYAN, et al., | 05 Civ. 1564 (RJS) (JCF) |
| ADRIENNE GARBINI, et al., | 05 Civ. 1565 (RJS) (JCF) |
| ADAM GREENWALD, et al., | 05 Civ. 1566 (RJS) (JCF) |
| BRIAN PICKETT, et al., | 05 Civ. 1567 (RJS) (JCF) |
| WENDY TREMAYNE, et al., | 05 Civ. 1568 (RJS) (JCF) |
| JEREMY BIDDLE, et al., | 05 Civ. 1570 (RJS) (JCF) |
| MATTHEW MORAN, et al., | 05 Civ. 1571 (RJS) (JCF) |
| SACHA BOTBOL, et al., | 05 Civ. 1572 (RJS) (JCF) |
| EMILIA CROTTY, et al., | 05 Civ. 7577 (RJS) (JCF) |
| JEFFREY STARK, et al., | 05 Civ. 7579 (RJS) (JCF) |
| KATHLEEN LALIER, et. al., | 05 Civ. 7580 (RJS) (JCF) |

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,

                              Defendant.

------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable James C. Francis IV, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order permitting plaintiffs to amend their complaints.

Dated:       New York, New York
                 June 30, 2009

                              ROSE M. WEBER
                              Attorney for Plaintiffs
                              225 Broadway, Suite 1607
                              New York, NY 10007
                              (212) 748-3355

                              By:           /s
                                    ROSE M. WEBER (RW 0515)

TO:    All RNC counsel (by ECF)