UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x

| | |
|---|---|
| SHARONE BUNIM, et al., | 05 Civ. 1562 (RJS) (JCF) |
| RITU KALRA, et al., | 05 Civ. 1563 (RJS) (JCF) |
| LINDSAY RYAN, et al., | 05 Civ. 1564 (RJS) (JCF) |
| ADRIENNE GARBINI, et al., | 05 Civ. 1565 (RJS) (JCF) |
| ADAM GREENWALD, et al., | 05 Civ. 1566 (RJS) (JCF) |
| BRIAN PICKETT, et al., | 05 Civ. 1567 (RJS) (JCF) |
| WENDY TREMAYNE, et al., | 05 Civ. 1568 (RJS) (JCF) |
| JEREMY BIDDLE, et al., | 05 Civ. 1570 (RJS) (JCF) |
| MATTHEW MORAN, et al., | 05 Civ. 1571 (RJS) (JCF) |
| SACHA BOTBOL, et al., | 05 Civ. 1572 (RJS) (JCF) |
| EMILIA CROTTY, et al., | 05 Civ. 7577 (RJS) (JCF) |
| JEFFREY STARK, et al., | 05 Civ. 7579 (RJS) (JCF) |
| KATHLEEN LALIER, et. al., | 05 Civ. 7580 (RJS) (JCF) |

Plaintiffs,
                    -against-

THE CITY OF NEW YORK, et al.,

Defendant.

----------------------------------------------------------------------------x

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and before this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

        1.      I am the attorney for plaintiffs in the above-referenced matters, and as such I am familiar with the pleadings and proceedings heretofore had herein.  I submit this declaration in support of plaintiffs' motion to amend the complaints.

        2.      In support of the motion, plaintiffs submit the exhibits described below:

- Annexed as Exhibit "A" is the proposed complaint in *Sharone Bunim*, *et al. v. City of New York, et al.*, 05 Civ. 1562 (RJS) (JCF), which is an example of the complaints that would also be filed in *Ritu Kalra*, *et al. v. City of New York, et al.*, 05 Civ. 1563 (RJS) (JCF); *Lindsay Ryan*, *et al. v. City of New York, et al.*, 05 Civ. 1564 (RJS) (JCF); *Adrienne Garbini*, *et al. v. City of New York, et al.*, 05 Civ. 1565 (RJS) (JCF); *Brian*

- 2 -

*Pickett*, *et al. v. City of New York, et al.*, 05 Civ. 1567 (RJS) (JCF); *Jeremy Biddle*, *et al. v. City of New York, et al.*, 05 Civ. 1570 (RJS) (JCF); and *Kathleen Lalier*, *et al. v. City of New York, et al.*, 05 Civ. 7580 (RJS) (JCF).

- Annexed as Exhibit "B" is the proposed complaint in *Wendy Tremayne*, *et al. v. City of New York, et al.*, 05 Civ. 1568 (RJS) (JCF), which is an example of the complaints that would also be filed in *Adam Greenwald*, *et al. v. City of New York, et al.*, 05 Civ. 1566 (RJS) (JCF); *Matthew Moran*, *et al. v. City of New York, et al.*, 05 Civ. 1571 (RJS) (JCF); *Sacha Botbol*, *et al. v. City of New York, et al.*, 05 Civ. 1572 (RJS) (JCF); *Emilia Crotty, et al. v. City of New York, et al.*, 05 Civ. 7577 (RJS) (JCF); and *Jeffrey Stark*, *et al. v. City of New York, et al.*, 05 Civ. 7579 (RJS) (JCF).

Dated:        New York, New York
              June 30, 2009

                                         _____/s_____
                                         Rose M. Weber (RW 0515)
                                         Attorney for Plaintiffs
                                         225 Broadway Suite 1607
                                         New York, NY 10007