**MANDATE**

SDNY(NYNY)
05-cv.1572
Francis
Sullivan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **SEP 29 2009**

DOCKET NOS.:

09-2392-cv(L),   09-2399-cv(Con),  09-2401-cv(Con),
09-2403-cv(Con), 09-2404-cv(Con),  09-2405-cv(Con),
09-2407-cv(Con), 09-2408-cv(Con),  09-2410-cv(Con),
09-2411-cv(Con), 09-2412-cv(Con),  09-2413-cv(Con),
09-2415-cv(Con), 09-2416-cv(Con),  09-2419-cv(Con),
09-2421-cv(Con), 09-2422-cv(Con),  09-2424-cv(Con),
09-2426-cv(Con), 09-2427-cv(Con),  09-2428-cv(Con),
09-2429-cv(Con), 09-2430-cv(Con),  09-2431-cv(Con),
09-2432-cv(Con), 09-2433-cv(Con),  09-2434-cv(Con)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------x

SHARONE BUNIM, et al.,

               Plaintiffs-Appellees,

    -against-

THE CITY OF NEW YORK, et al.,

               Defendants-Appellants.

------------------------------------------x

**STIPULATION WITHDRAWING APPEAL**

(Seal: UNITED STATES COURT OF APPEALS FILED SEP 25 2009 SECOND CIRCUIT)

      The undersigned hereby stipulate that the above-captioned appeal, and the other consolidated appeals (see Appendix A, List of Consolidated Cases on Appeal), are hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

CERTIFIED:   SEP 2  2009

The undersigned hereby further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated:   New York, New York
         August 7, 2009

*/s/ Clare Norins*

Jonathan C. Moore
Clare R. Norins
Beldock, Levine & Hoffman LLP
Attorneys for Plaintiffs in
MacNamara and Putative Class
Members
99 Park Avenue
New York, New York 10016
(212) 490-0400

Rose M. Weber
Attorney for Plaintiffs
in Bunim, Kaira,
Ryan, Garbini, Greenwald,
Pickett, Tremayne,
Biddle, Moron, Botbol,
Crotty, Stark, and Lalier
225 Broadway, Suite 1607
New York, New York 10007
(212) 748-3355

Michael L. Spiegel
Law Offices of Michael L.
Spiegel
Attorney for Plaintiffs in
Adams, Areneda, and Eastwood
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

Alan Levine
Attorney for Plaintiffs
in Abdell (now Amato)
99 Hudson Street,
14th Floor
New York, New York 10013
(212) 739-7506

Jeffery A. Rothman
Attorney for Plaintiffs in
Coburn, Phillips, Sloan,
Galitzer, Bestidas, Xu,
Sikelianos, and Drescher
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980

Robert Finkelstein
Allegaert, Berger & Vogel
LIP
Attorneys for Plaintiff
in Orosso
111 Broadway, 20th Floor
New York, New York 10006
(212) 616-7061

The undersigned hereby further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: New York, New York
August 13, 2009

---
Jonathan C. Moore
Clare R. Norins
Beldock, Levine & Hoffman LLP
Attorneys for Plaintiffs in MacNamara and Putative Class Members
99 Park Avenue
New York, New York 10016
(212) 490-0400

---
Rose M. Weber
Attorney for Plaintiffs in Bunim, Kaira, Ryan, Garbini, Greenwald, Pickett, Tremayne, Biddle, Moron, Botbol, Crotty, Stark, and Lalier
225 Broadway, Suite 1607
New York, New York 10007
(212) 748-3355

---
Michael L. Spiegel
Law Offices of Michael L. Spiegel
Attorney for Plaintiffs in Adams, Areneda, and Eastwood
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

---
Alan Levine
Attorney for Plaintiffs in Abdell (now Amato)
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 739-7506

---
Jeffery A. Rothman
Attorney for Plaintiffs in Coburn, Phillips, Sloan, Galitzer, Bestidas, Xu, Sikelianos, and Drescher
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980

---
Robert Finkelstein
Allegaert, Berger & Vogel LLP
Attorneys for Plaintiff in Orosso
111 Broadway, 20th Floor
New York, New York 10006
(212) 616-7061

The undersigned hereby further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated:  New York, New York
        August 10, 2009

---

Jonathan C. Moore
Clare R. Norins
Beldock, Levine & Hoffman LLP
Attorneys for Plaintiffs in MacNamara and Putative Class Members
99 Park Avenue
New York, New York 10016
(212) 490-0400

*/s/ Michael L. Spiegel*

Michael L. Spiegel
Law Offices of Michael L. Spiegel
Attorney for Plaintiffs in Adams, Areneda, and Eastwood and Abdell (o.k.a. Amato)
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

---

Rose M. Weber
Attorney for Plaintiffs in Bunim, Kaira, Ryan, Garbini, Greenwald, Pickett, Tremayne, Biddle, Moron, Botbol, Crotty, Stark, and Lalier
225 Broadway, Suite 1607
New York, New York 10007
(212) 748-3355

Alan Levine
Attorney for Plaintiffs in Abdell (now Amato)
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 739-7506

---

Jeffery A. Rothman
Attorney for Plaintiffs in Coburn, Phillips, Sloan, Galitzer, Bestidas, Xu, Sikelianos, and Drescher
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980

Robert Finkelstein
Allegaert, Berger & Vogel LLP
Attorneys for Plaintiff in Orosso
111 Broadway, 20th Floor
New York, New York 10006
(212) 616-7061

The undersigned hereby further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated:   New York, New York
         August    , 2009

---

Jonathan C. Moore
Clare R. Norins
Beldock, Levine & Hoffman LLP
Attorneys for Plaintiffs in
MacNamara and Putative Class
Members
99 Park Avenue
New York, New York 10016
(212) 490-0400

---

Rose M. Weber
Attorney for Plaintiffs
in Bunim, Kaira,
Ryan, Garbini, Greenwald,
Pickett, Tremayne,
Biddle, Moron, Botbol,
Crotty, Stark, and Lalier
225 Broadway, Suite 1607
New York, New York 10007
(212) 748-3355

---

Michael L. Spiegel
Law Offices of Michael L.
Spiegel
Attorney for Plaintiffs in
Adams, Areneda, and Eastwood
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

---

Alan Levine
Attorney for Plaintiffs
in Abdell (now Amato)
99 Hudson Street,
14th Floor
New York, New York 10013
(212) 739-7506

---

8/12/09

Jeffrey A. Rothman
Attorney for Plaintiffs in
Coburn, Phillips, Sloan,
Galitzer, Bestidas, Xu,
Sikelianos, and Drescher
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980

---

Robert Finkelstein
Allegaert, Berger & Vogel
LIP
Attorneys for Plaintiff
in Orosso
111 Broadway, 20th Floor
New York, New York 10006
(212) 616-7061

The undersigned hereby further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated:   New York, New York
         August    , 2009

---

Jonathan C. Moore
Clare R. Norins
Beldock, Levine & Hoffman LLP
Attorneys for Plaintiffs in
MacNamara and Putative Class Members
99 Park Avenue
New York, New York 10016
(212) 490-0400

---

Rose M. Weber
Attorney for Plaintiffs
in Bunim, Kaira,
Ryan, Garbini, Greenwald,
Pickett, Tremayne,
Biddle, Moron, Botbol,
Crotty, Stark, and Lalier
225 Broadway, Suite 1607
New York, New York 10007
(212) 748-3355

---

Michael L. Spiegel
Law Offices of Michael L. Spiegel
Attorney for Plaintiffs in
Adams, Areneda, and Eastwood
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

---

Alan Levine
Attorney for Plaintiffs
in Abdell (now Amato)
99 Hudson Street,
14th Floor
New York, New York 10013
(212) 739-7506

---

Jeffery A. Rothman
Attorney for Plaintiffs in
Coburn, Phillips, Sloan,
Galitzer, Bestidas, Xu,
Sikelianos, and Drescher
315 Broadway, Suite 200
New York, New York 10007
(212) 227-2980

---

*/s/ Robert Finkelstein*
Robert Finkelstein
Allegaert, Berger & Vogel LLP
Attorneys for Plaintiff
in Grosso
111 Broadway, 20th Floor
New York, New York 10006
(212) 616-7061

MICHAEL A. CARDOZO
Corporation Counsel of the City of
New York
Attorney for Defendants-Appellants

*/s/ James Mirro*  9/4/09

James Mirro
Raju Sundaran
Assistant Corporation
Counsel
Special Federal
Litigation Division
100 Church Street
New York, New York 10007
(212) 788-8026

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

2

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK