UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SACHA BOTBOL, et al.,

                          Plaintiffs,          **DECLARATION OF**
                                                  **ROSE M. WEBER**

            -against-

                                                      05 Civ. 1572 (RJS) (JCF)

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------------x

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and before this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

        1.    I am the attorney for plaintiffs, and as such I am familiar with the pleadings and proceedings heretofore had herein.  I submit this declaration in support of plaintiff Aubryn Sidle's motion for partial summary judgment pursuant to Fed. R. Civ. P. 56.

        2.    In support of her motion, plaintiff submits the exhibit described below:

- Annexed as Exhibit "A" are excerpts from the transcript of the deposition of plaintiff Aubryn Sidle, taken August 10, 2007.

Dated:       New York, New York
                  September 30, 2011

                                                    _____/s_____
                                                    Rose M. Weber (RW 0515)
                                                    Attorney for Plaintiffs
                                                    225 Broadway, Suite 1607
                                                    New York, NY 10007