UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SACHA BOTBOL, et al.,

                               Plaintiffs,

           -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------x

**PLAINTIFFS' LOCAL CIVIL RULE 56.1 STATEMENT OF <u>UNDISPUTED FACTS</u>**

05 Civ. 1572 (RJS) (JCF)

       Pursuant to Rule 56.1 of the Local Rules of this Court, plaintiffs submit that the following facts are undisputed.

       1.     Aubryn Sidle was present near the World Trade Center site on August 31, 2004, intending to participate in a march.  (Tr. at 152; Weber Decl. Ex. A.)

       2.     Aubryn Sidle heard a police officer announce that the march would be allowed to proceed if the participants followed police instructions and stayed on the sidewalk. (Tr. at 156.)

       3.     Another police officer motioned to Aubryn Sidle to cross Church Street. (Tr. at 158.)

       4.     Aubryn Sidle crossed Church Street and began to walk on the Fulton Street sidewalk in a narrow line of people.  (Tr. at 157-60.)

       5.     Aubryn Sidle was prevented from continuing forward and was trapped in orange police netting without having been given any opportunity to disperse.  (Tr. at 159-61.)

       6.     Before Aubryn Sidle was arrested, she did not hear any warnings that arrests were going to be made.  (Tr. at 186.)

- 2 -

Dated:   New York, New York
         October 3, 2011

                                                                 _____/s_____
                                                                 Rose M. Weber (RW 0515)
                                                                 Attorney for Plaintiffs
                                                                 225 Broadway, Suite 1607
                                                                 New York, NY 10007