UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL SCHILLER, et al.,

                                           Plaintiffs,

-against-

CITY OF NEW YORK, ET AL.,

                                       Defendants.

------------------------------------------------------------------- x
------------------------------------------------------------------- x

RNC CONSOLIDATED CASES[1]

------------------------------------------------------------------- x

**NOTICE OF MOTION**

04-CV-7922 (RJS) (JCF)

(RJS) (JCF)

**PLEASE TAKE NOTICE** that, upon the annexed Local Civil Rule 56.1 Statement, dated October 3, 2011; the Declaration of Assistant Corporation Counsel Fred M. Weiler, dated October 3, 2011, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants will move this Court before the Honorable Richard J. Sullivan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St. New York, New York 10007, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure to dismiss plaintiffs' federal and state law false arrest claims in relation to arrests in the vicinity of Church and Fulton Streets on August 31, 2004, and for such other and further relief as the Court may deem just and proper.

---

[1]Defendants are filing this motion in the following cases: *Schiller v. City of New York*, 04 CV 7922; *Abdell v. City of New York*, 05 CV 8453; *Macnamara v. City of New York*, 04 CV 7921; *Pagoda v. City of New York*, 05 CV 7546; *Meehan v. City of New York*, 05 CV 5268; and *Botbol v. City of New York*, 05 CV 1572.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on

the undersigned on or before November 3, 2011 pursuant to the Court's prior order.


Dated: New York, New York
October 3, 2011

<div style="margin-left: 3in">

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorneys for Defendants*
100 Church Street, Room 3-132
New York, New York 10007
212-788-1817

By:  _____
Fred M. Weiler
Cheryl L. Shammas
Peter G. Farrell

</div>


TO:        RNC Plaintiffs' Attorneys in:

*Schiller v. City of New York,* 04 CV 7922
*Abdell v. City of New York*, 05 CV 8453
*Macnamara v. City of New York*, 04 CV 7921
*Pagoda v. City of New York*, 05 CV 7546
*Meehan v. City of New York*, 05 CV 5268
*Botbol v. City of New York*, 05 CV 1572.