UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

MICHAEL SCHILLER, et al.,

                                        Plaintiff,    **NOTICE OF MOTION**

-against-

THE CITY OF NEW YORK, et. al,                    04-Civ-7922 (RJS)(JCF)

                                       Defendants.

---------------------------------------------------------------------- x

CONSOLIDATED RNC CASES[1]                          (RJS)(JCF)

---------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that, upon the annexed Local Civil Rule 56.1 Statement, dated October 3, 2011; the Declaration of Assistant Corporation Counsel Jeffrey A. Dougherty, dated October 3, 2011 and the exhibits annexed thereto; the Declaration of David Cohen, dated October 3, 2011 and the exhibits annexed thereto; the Declaration of Carl R. Holmberg, dated October 3, 2011, and the exhibits annexed thereto; the Declaration of Brian M. Jenkins, dated October 3, 2011; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, Defendants will move this Court before the Honorable Richard J. Sullivan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St. New York, New York 10007, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the

---

[1] Attached to this Notice of Motion please find an appendix of the specific RNC cases in which this motion is being filed. ("Appendix 1").

Federal Rules of Civil Procedure to dismiss all of plaintiffs' federal and state law claims based on: (i) the policy not to issue summonses to individuals engaged in criminal conduct that was related to the RNC in favor of custodial arrest (during which arrestees would either receive a desk appearance ticket if qualified or be arraigned); and (ii) the policy that all RNC arrestees were to be fingerprinted as part of their arrest processing; and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on the undersigned on or before November 3, 2011 pursuant to the Court's prior order.

Dated: New York, New York
       October 3, 2011

    MICHAEL A. CARDOZO
    Corporation Counsel of the City of New York
    *Attorneys for Defendants*
    100 Church Street, Room 3-141
    New York, New York 10007
    212-788-8342

By: _____
    Jeffrey A. Dougherty
    Peter G. Farrell
    Fred M. Weiler

TO:    RNC Plaintiffs' Attorneys to the cases in Appendix

## APPENDIX 1

1. *Abdell v. City of New York* 05cv8453
2. *Adams v. City of New York* 05cv9484
3. *Araneda v. City of New York* 05cv9738
4. *Bastidas v. City of New York* 05cv7670
5. *Biddle v. City of New York* 05cv1570
6. *Botbol v. City of New York* 05cv1572
7. *Bunim v. City of New York* 05cv1562
8. *Coburn v. City of New York* 05cv7623
9. *Cohen v. City of New York* 05cv6780
10. *Concepcion v. City of New York* 05cv8501
11. *Crotty v. City of New York* 05cv7577
12. *Dinler v. City of New York* 04cv7921
13. *Drescher v. City of New York* 05cv7541
14. *Dudek v. City of New York* 04cv10178
15. *Eastwood v. City of New York* 05cv9483
16. *Epstein v. City of New York* 05cv1563
17. *Galitzer v. City of New York* 05cv7669
18. *Garbini v. City of New York* 05cv1565
19. *Greenwald v. City of New York* 05cv1566
20. *Grosso v. City of New York* 05cv5080
21. *Jusick v. City of New York* 07cv7683
22. *Kennedy v. City of New York* 07cv7678

23. *Lee v. City of New York* 05cv5528

24. *Lalier v. City of New York* 05cv7580

25. *Macnamara v. City of New York* 04cv9216

26. *Manders v. City of New York* 07cv7752

27. *Meehan v. City of New York* 05cv5268

28. *Moran v. City of New York* 05cv1571

29. *Pagoda v. City of New York* 05cv7546

30. *Phillips v. City of New York* 05cv7624

31. *Pickett v. City of New York* 05cv1567

32. *Portera v. City of New York* 05cv9985

33. *Rigby v. City of New York* 07cv7751

34. *Ryan v. City of New York* 05cv1564

35. *Schiller v. City of New York* 04cv7922

36. *Sikelianos v. City of New York* 05cv7673

37. *Sloan v. City of New York* 05cv7668

38. *Stark v. City of New York* 05cv7579

39. *Tikkun v. City of New York* 05cv9901

40. *Tremayne v. City of New York* 05cv1568

41. *Winkleman v. City of New York* 05cv2910

42. *Xu v. City of New York* 05cv7672