USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCHILLER, *et al.*,

                Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 04 Civ. 7922 (RJS)
ORDER
[DOCKET IN ALL RELATED RNC CASES]

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT all motions for reconsideration pending in the Consolidated RNC Cases are dismissed without prejudice, subject to renewal at any party's request. IT IS FURTHER ORDERED THAT the parties shall submit a joint letter to the Court by September 9, 2013 advising it of the status of any efforts to resolve these actions without further litigation.

In light of this Order, the Clerk of the Court is respectfully directed to terminate the following motions:

| Case Number | Docket Entry |
|---|---|
| No. 04 Civ. 7921 | Doc. No. 316 |
| No. 04 Civ. 7922 | Doc. No. 632 |
| No. 04 Civ. 9216 | Doc. No. 512 |
| No. 04 Civ. 9216 | Doc. No. 516 |
| No. 04 Civ. 10178 | Doc. No. 177 |
| No. 04 Civ. 10178 | Doc. No. 182 |
| No. 05 Civ. 2910 | Doc. No. 114 |
| No. 05 Civ. 5080 | Doc. No. 244 |

| | |
|---|---|
| No. 05 Civ. 5152 | Doc. No. 152 |
| No. 05 Civ. 5528 | Doc. No. 144 |
| No. 05 Civ. 6780 | Doc. No. 236 |
| No. 05 Civ. 6780 | Doc. No. 238 |
| No. 05 Civ. 7541 | Doc. No. 133 |
| No. 05 Civ. 7623 | Doc. No. 218 |
| No. 05 Civ. 7624 | Doc. No. 204 |
| No. 05 Civ. 7668 | Doc. No. 170 |
| No. 05 Civ. 7669 | Doc. No. 162 |
| No. 05 Civ. 7670 | Doc. No. 228 |
| No. 05 Civ. 7672 | Doc. No. 170 |
| No. 05 Civ. 7673 | Doc. No. 202 |
| No. 05 Civ. 8453 | Doc. No. 312 |
| No. 05 Civ. 8501 | Doc. No. 174 |
| No. 05 Civ. 9483 | Doc. No. 158 |
| No. 05 Civ. 9484 | Doc. No. 220 |
| No. 05 Civ. 9738 | Doc. No. 133 |
| No. 05 Civ. 9930 | Doc. No. 152 |
| No. 05 Civ. 9985 | Doc. No. 129 |
| No. 07 Civ. 7678 | Doc. No. 118 |
| No. 07 Civ. 7683 | Doc. No. 119 |
| No. 07 Civ. 7751 | Doc. No. 116 |
| No. 07 Civ. 7752 | Doc. No. 99 |

SO ORDERED.

DATED: August 9, 2013
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE