```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
SACHA BOTBOL, et al.,                : 05 Civ. 1572 (RJS) (JCF)
                                     :
              Plaintiffs,            :         O R D E R
                                     :
        - against -                  :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/14

A pretrial conference having been held by telephone on March 20, 2014, and expert discovery being necessary for trial but not for anticipated summary judgment motions, it is hereby ORDERED as follows:

1. Plaintiff Valerie Kauer Brar shall produce any expert report and related materials by June 13, 2014.

2. Defendants shall produce any rebuttal expert report and related materials by July 11, 2014.

3. All expert discovery shall be completed by July 25, 2014.

SO ORDERED.

/s/ James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 20, 2014

Copies mailed this date:

Rose M. Weber, Esq.
Rose M. Weber Law Office
30 Vesey Street, Suite 1801
New York, NY 10007

1

Cheryl Shammas, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

Cheryl Shammas, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007