# David Rosen & Associates PC Attorneys at Law

400 Orange Street
New Haven, CT 06511
phone 203.787.3513
fax 203.789.1605
drosen@davidrosenlaw.com

May 29, 2014

Honorable Richard J. Sullivan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Botbol et al v. The City of New York et al.</u>, 1:05-cv-01572-RJS-JCF

Dear Judge Sullivan:

    Plaintiff Valarie Kaur Brar respectfully requests permission to physically file with the clerk a DVD containing six exhibits in support of her motion for partial summary judgment (to be filed on Friday, May 30). These exhibits are video files that cannot be uploaded via CM/ECF.

    The materials on the DVD, as well as other materials used in support of the motion, may be subject to an ongoing protective order. *See, e.g.,* Order of October 24, 2006 (DE # 30); Order of April 24, 2009 (DE # 136). Plaintiff therefore further respectfully requests permission to file her motion and all supporting documents under seal, pending review by the Court.

    A proposed order is enclosed.

Sincerely,

David N. Rosen

cc:    Cheryl Shammas, Esquire
        Rose Weber, Esquire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SACHA BOTBOL, ET AL.,

              Plaintiffs

–against–                                                                     No. 05 Civ. 1572 (RJS)(JCF)

THE CITY OF NEW YORK, ET AL.,                               ORDER

              Defendants.                                         May 29, 2014

---

RICHARD J. SULLIVAN, District Judge:

    It is hereby ORDERED that plaintiff Valarie Kaur Brar may file her motion for summary judgment and supporting documents under seal.

    It is further ORDERED that plaintiff Valarie Kaur Brar may physically file with the Clerk of Court a DVD containing video files. Such DVD may be filed under seal.

    SO ORDERED.

Dated:

                                                              _____
                                                             RICHARD J. SULLIVAN
                                                             UNITED STATES DISTRICT JUDGE