UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
VALARIE KAUR BRAR,

                              Plaintiff,                        05 CV 1572 (RJS)(JCF)

       -against-                                            **NOTICE OF MOTION**

The CITY OF NEW YORK, THE HUDSON RIVER PARK TRUST, P.O. JOSE ANDRADE, P.O. WILLIAM HAUT, P.O. NEIL RODRIGUEZ, P.O. MICHAEL CARRIERI, P.O. TANISHA DIAZ, P.O. JASON WOLF, P.O. KATHLEEN CURNYN, SGT. ARTHUR SMARSCH, MAYOR MICHAEL BLOOMBERG, POLICE COMMISSIONER RAYMOND KELLY, CHIEF JOSEPH ESPOSITO, CHIEF NICHOLAS ESTAVILLO, ASST. CHIEF BRUCE SMOLKA, DEPUTY CHIEF THOMAS PURTELL, DEPUTY COMMISSIONER JOHN COLGAN, CHIEF PATRICK DEVLIN, INSP. THOMAS GRAHAM, DEPUTY CHIEF TERENCE MONAHAN, INSP. JAMES SHEA, DEPUTY INSP. THOMAS GALATI, CHIEF JAMES O'NEILL, INSP. JAMES ESSIG, LT. BRIAN JACKSON, DEPUTY COMMISSIONER STEPHEN HAMMERMAN, ASST. DEPUTY COMMISSIONER THOMAS DOEPFNER, LT. DANIEL ALBANO, DEPUTY INSPECTOR KERRY SWEET, SENIOR COUNSEL RUBY MARIN-JORDAN, SGT. EDMUND SHERIDAN, SGT. STEPHANIE MOUNT, LT. DANIEL IECAMPO, CAPT. JOSEPH DOWNING, CAPTAIN PAUL DEENTREMONT, and P.O.s JOHN and JANE DOE #1-50, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                              Defendants.
------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, upon the annexed Local Civil Rule 56.1 Statement, dated May 30, 2014; the Declaration of Senior Counsel Cheryl L. Shammas, Esq., dated

May 30, 2014, and the exhibits annexed thereto; [the declaration of defendant Stefanie Mount]; the accompanying Memorandum of Law: and upon all prior pleadings and proceedings had herein, defendants will move this Court before the Honorable Richard J. Sullivan, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St. New York, New York 10007, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure to dismiss plaintiffs' federal claims in relation to her arrest at South William Street and Mill Lane on August 31, 2004, and subsequent detention, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on the undersigned on or before June 30, 2014 pursuant to the Court's prior order.

Dated: New York, New York
May 30, 2014

                                              ZACHARY M. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorneys for Defendants*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-2406

                                              By: _____/s_____
                                                         Cheryl L. Shammas

TO: DAVID ROSEN, ESQ.
     ROSE M. WEBER
     *Attorneys for Plaintiff*